AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Michael Underwood,<br><br>*Plaintiff(s)*<br>v.<br><br>TAFSC Housing Development Fund Corporation,<br>The Third Avenue Family Service Center, Inc.,<br>Linda Washington, City of New York, and New<br>York State Homeless Housing And Assistance<br>Corporation,<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TAFSC Housing Development Fund Corporation, The Third Avenue Family Service Center, Inc., Linda Washington, City of New York, and New York State Homeless Housing And Assistance Corporation
1061 Hall Place, Bronx, NY 10459

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/26/2018               /s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-06664 　　　　　　　　　　　　　　　　　　　　Purchased/Filed: July 25, 2018

STATE OF NEW YORK　　UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF NEW

MICHAEL UNDERWOOD　　　　　　　　　　　　　　　　　Plaintiff

against

TAFSC HOUSING DEVELOPMENT FUND CORPORATION, ET AL　　　Defendant

STATE OF NEW YORK　　SS.:
COUNTY OF ALBANY

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on  August 1, 2018 , at  3:45pm , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINTSOUTHERN DISTRICT OF NEW YORK

on

TAFSC HOUSING DEVELOPMENT FUND CORPORATION , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,  2  true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of  40  dollars; That said service was made pursuant to Section  306 Not for Profit Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age:  55-60  Approx. Wt:  130lbs  Approx. Ht:  5'3"
Color of skin:  White  Hair color:  Black  Sex:  Female  Other: _____

Sworn to before me on this
 1st  day of  August, 2018

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # SP1810948

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-06664                                    Purchased/Filed: July 25, 2018
STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF NEW

MICHAEL UNDERWOOD                                       Plaintiff

against

TAFSC HOUSING DEVELOPMENT FUND CORPORATION, ET AL       Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____August 1, 2018_____, at __3:45pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINTSOUTHERN DISTRICT OF NEW YORK

on _____THE THIRD AVENUE FAMILY SERVICE CENTER, INC._____, the Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Not for Profit Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__
Color of skin: __White__  Hair color: __Black__  Sex: __Female__  Other: _____

Sworn to before me on this
__1st__ day of _____August, 2018_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2022

James Perone
Attny's File No.
Invoice•Work Order # SP1810950

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179

# AFFIDAVIT OF SERVICE

| STATE OF NEW YORK | SOUTHERN DISTRICT OF NEW YORK | UNITED STATES DISTRICT COURT |
|---|---|---|

DOCUMENTS SERVED WITH INDEX # 1:18-06664 AND FILED ON JULY 25, 2018
ATTORNEY(S): Abdul Karim Hassan, Esq. Attorney and Counselor at Law, Abdul K. Hassan Esq.

**MICHAEL UNDERWOOD** — Plaintiff
vs
**TAFSC HOUSING DEVELOPMENT FUND CORPORATION, ET AL** — Defendant

STATE OF NEW YORK    COUNTY OF ALBANY    , SS.:

Felix Correa being duly sworn deposes and says:

Deponent is not a party herein and is over 18 years of age. On August 2, 2018 at 1:37p M., at 40 NORTH PEARL STREET, 10TH FLR, SECTION B ALBANY NY 12243 deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT SOUTHERN DISTRICT OF NEW YORK

on: NYS HOMELESS HOUSING AND ASSISTANCE, Defendant therein named.

**INDIVIDUAL A** [ ] By personally delivering to and leaving with ___ a true copy thereof, and that deponent knew the person so served to be the person mentioned and describ SUMMONS IN A CIVIL ACTION AND COMPLAINT SOUTHERN DISTRICT OF NEW YORK

**CORPORATION B** [x] By delivering to and leaving wi Stephanie Snyder at 40 N. Pearl St, 10th Flr, Section B, Albany NY 12243 and that deponent knew the person so served to b Authorized Clerk of the corporation
Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in

**SUITABLE AGE PERSON C** [ ] By delivering a true copy thereof to and leaving ___ a person of suitable age and discretion at ___ the said premises being the defendants/responde
[ ] dwelling place (usual place of abod  [ ] actual place of business within the State of NEW YORK

**AFFIXING TO DOOR D** [ ] By affixing a true copy thereof to the door of said premises, the same being the defend [ ] dwelling house (usual place of abode)  [ ] actual place of business within the State of NEW YORK

**MAILING TO RESIDENCE (use with C or D) E1** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly a to defendant at defendant's residence ___ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of ___ on ___

**MAILING TO BUSINESS (use with C or D) E2** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly a to defendant at defendant's actual place of busines ___ in an official depository under the exclusive care and custody of the United States Post Office within the State of ___ The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on ___

**PREVIOUS ATTEMPTS (use with D) F** [ ] Deponent had previously attempted to serve the above named defendant/resp
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Deponent spoke with ___ who stated to deponent that the said defendar lived at the aforementioned address, but did not know defendant's place of employment.

**G** [ ] DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as f
Approximate age 52   Approximate weigh 160   Approximate height 5'4   Sex Female
Color of skin White   Color of hair Blonde   Other ___

**MILITARY SERVICE** [ ] Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being se to the following: [ ] Not known at addres  [ ] Address does not exis  [ ] Evading  [ ] Moved left no forwardir  [ ] Other

**WIT. FEES** [ ] $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the rec

Sworn to before me on th 2nd day of August, 2018

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2019

Felix Correa
**Attny's File No.**
Invoice•Work Order # SP1810955

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**