

Client Focused. Results Driven.

August 16, 2018

**VIA ECF and E-MAIL**

United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007
(212) 805-0264
SullivanNYSDChambers@nysd.uscourts.gov
Courtroom 905

   Re: *MICHAEL UNDERWOOD v. TAFSC HOUSING DEVELOPMENT FUND CORPORATION et al.*; Case No. 18-cv-06664
     **Request for Extension**

Dear Orders and Judgments Clerk:

  This office represents Defendant, New York State Homeless Housing and Assistance Corporation (the "Defendant"), in the above referenced action.

  Pursuant to Individual Rules and Practices of Judge Richard J. Sullivan, Section 1(c) (the "Rules"), the Defendant is requesting an extension for time to respond to the Complaint until and including September 6, 2018.

  Pursuant to the Rules:

1. The Defendant's deadline to respond to the Complaint is August 24, 2018
2. This firm was retained August 13th, 2018 and needs additional time to prepare Defendant's response.
3. There have been no previous requests for adjournments or extensions.
4. Not applicable.
5. Plaintiff consents to the extension and has stipulated to the same. Annexed hereto is a copy of Plaintiff's and Defendant's stipulation to extend Defendant's time to respond to the Complaint.

This request does not affect any other scheduled dates.

                Respectfully submitted,

                Brian J. Markowitz, Esq.



Client Focused. Results Driven.

cc:

Abdul Hassan, Esq.
**Attorneys for Plaintiff**
Michael Underwood
215-28 Hillside Avenue
Queens Village, New York 11427
T: (718) 740-1000
F: (718) 740-2000

Goldstein Hall PLLC, 80 Broad Street, Suite 303, New York, NY 10004
O 646.768.4100  F 646.219.2450  E info@goldsteinhall.com  W www.goldsteinhall.com

UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK
-------------------------------------------------------------- X
MICHAEL UNDERWOOD,                                             :
                                                               :   Case No. 18-cv-06664
                                        Plaintiff,             :
                                                               :   STIPULATION OF TIME TO
            -against-                                          :   RESPOND TO COMPLAINT
                                                               :
TAFSC HOUSING DEVELOPMENT FUND                                 :
CORPORATION, THE THIRD AVENUE                                  :
FAMILY SERVICE CENTER, INC., LINDA                             :
WASHINGTON, CITY OF NEW YORK, and                              :
NEW YORK STATE HOMELESS HOUSING                                :
AND ASSISTANCE CORPORATION                                     :
                                                               :
                                        Defendants.            :
-------------------------------------------------------------- X

   **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties to the above-captioned action, through their respective attorneys of record, that the time for Defendant New York State Homeless Housing and Assistance Corporation ("Defendant") in the above-captioned action to appear, answer, or otherwise move with respect to the Complaint in this action, is hereby extended from August 24, to and including September 6, 2018;

   **IT IS FURTHER HEREBY STIPULATED AND AGREED**, that Defendants admit proper service of the Complaint; and

   **IT IS FURTHER STIPULATED AND AGREED**, that facsimile or electronic signatures shall be deemed to be originals and that this stipulation may be signed in any number of counterparts.

| | |
|---|---|
| ABDUL HASSAN LAW GROUP, PLLC | GOLDSTEIN HALL PLLC |
| By: *Abdul Hassan*<br>Abdul Hassan, Esq.<br>Attorneys for Plaintiff<br>*Michael Underwood*<br>215-28 Hillside Avenue<br>Queens Village, New York 11427<br>T: (718) 740-1000<br>F: (718) 740-2000 | By: *[signature]*<br>Brian J. Markowitz, Esq.<br>Attorney for Defendant<br>*New York State Homeless Housing and Assistance Corporation*<br>80 Broad Street, 3rd Floor<br>New York, New York `10004<br>T: (646) 768-4119<br>F: (646) 219-2450 |