UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MICHAEL UNDERWOOD,

                Plaintiff,

         -against-

TAFSC HOUSING DEVELOPMENT FUND et al.

                Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

18-cv-06664 (RJS)

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent Defendant City of New York in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below, and that my name be inserted as Lead Counsel on the Docket Sheet.

Dated:     New York, New York
             August 17, 2018

                                    **ZACHARY W. CARTER**
                                    Corporation Counsel of the
                                    City of New York
                                    Attorney for City Defendants
                                    100 Church Street, Room 2-109(g)
                                    New York, New York 10007
                                    (212) 356-2387
                                    erobins@law.nyc.gov

                           By:    */s/ Elizabeth Robins*
                                    Elizabeth Robins
                                    Assistant Corporation Counsel

       **BY ECF**
TO:    Abdul Karim Hassan
        Abdul K. Hassan Law Group PLLC
        Attorney for Plaintiff