UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL UNDERWOOD,

                  Plaintiff,

-v-

TAFSC HOUSING DEVELOPMENT
FUND CORPORATION, *et al.*,

                  Defendants.



No. 18-cv-6664 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiff instituted this action on July 25, 2018 against five defendants: (1) TAFSC Housing Development Fund Corporation ("TAFSC"), (2) The Third Avenue Family Service Center, Inc. ("Third Avenue"), (3) Linda Washington (the executive director of TAFSC), (4) the City of New York, and (5) the New York State Homeless Housing and Assistance Corporation ("NYSHHAC"). (Doc. No. 1.) According to certificates of service filed on the docket, Plaintiff has served the summons and a copy of the complaint on three defendants – TAFSC, Third Avenue, and NYSHHAC. (Doc. No. 5.)

    The Court is now in receipt of a letter from NYSHHAC requesting that the Court extend its deadline to answer or otherwise respond to the complaint to September 6, 2018. (Doc. No. 6.) Plaintiff consents to the proposed extension. (*Id.*) Accordingly, IT IS HEREBY ORDERED that the deadline for NYSHHAC to answer or otherwise respond to the complaint is extended to September 6, 2018. Neither of the other served Defendants – TAFSC and Third Avenue – has requested an extension of their deadline to answer. However, in the interests of maintaining a uniform schedule in this action, IT IS FURTHER ORDERED that deadline for Defendants TAFSC

and Third Avenue to answer or otherwise respond to the complaint is extended to September 6, 2018.

Plaintiff has not filed certificates of service regarding Washington or the City of New York. If Plaintiff has effected service of those Defendants, IT IS FURTHER ORDERED that Plaintiff shall promptly file certificates of service on the Court's electronic docket.

The Clerk of Court is respectfully directed to terminate the motion pending at docket number 6.

SO ORDERED.

Dated:     August 17, 2018
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE