UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL UNDERWOOD,

                Plaintiff,

-v-

TAFSC HOUSING DEVELOPMENT
FUND CORPORATION, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/18

No. 18-cv-6664 (RJS) (OTW)
ORDER

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Ona T. Wang for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Disputes

    Purpose: _____

X  Settlement: The parties shall contact Magistrate Judge Wang by August 29, 2018 to schedule a settlement conference.

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motions (i.e., motion requiring Report and Recommendation)

SO ORDERED.

Dated:    August 23, 2018
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE