AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Michael Underwood,<br><br>*Plaintiff(s)*<br>v.<br><br>TAFSC Housing Development Fund Corporation, The Third Avenue Family Service Center, Inc., Linda Washington, City of New York, and New York State Homeless Housing And Assistance Corporation,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TAFSC Housing Development Fund Corporation, The Third Avenue Family Service Center, Inc., Linda Washington, City of New York, and New York State Homeless Housing And Assistance Corporation
1061 Hall Place, Bronx, NY 10459

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/26/2018                                                           /s/ J. Gonzalez
                                                                          *Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| STATE OF NEW YORK | SOUTHERN DISTRICT OF NEW YORK | UNITED STATES DISTRICT COURT |
|---|---|---|

DOCUMENTS SERVED WITH INDEX # 1:18-06664 AND FILED ON JULY 25, 2018
ATTORNEY(S): Abdul Karim Hassan, Esq. Attorney and Counselor at Law, Abdul K. Hassan Esq.

MICHAEL UNDERWOOD — Plaintiff
vs
TAFSC HOUSING DEVELOPMENT FUND CORPORATION, ET AL — Defendant

STATE OF NEW YORK COUNTY OF NEW YORK, SS.:

Maxwell Schuster (License #2066198-DCA) being duly sworn deposes and says:

Deponent is not a party herein and is over 18 years of age. On August 20, 2018 at 1:17p M., at TAFC HOUSING 1061 Hall Place, Bronx NY 10459 deponent served the within

SUMMONS IN A CIVIL ACTION AND COMPLAINT SOUTHERN DISTRICT OF NEW YORK

on: LINDA WASHINGTON, Defendant therein named.

**INDIVIDUAL A** [ ] By personally delivering to and leaving with a true copy thereof, and that deponent knew the person so served to be the person mentioned and describ SUMMONS IN A CIVIL ACTION AND COMPLAINT SOUTHERN DISTRICT OF NEW YORK

**CORPORATION B** [ ] By delivering to and leaving wi at and that deponent knew the person so served to b of the corporation

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in

**SUITABLE AGE PERSON C** [X] By delivering a true copy thereof to and leaving Ruffin/security/doorman a person of suitable age and discreti at 1061 Hall Place, Bronx NY 10459 the said premises being the defendants/responde [X] dwelling place (usual place of abod [ ] actual place of business within the State of NEW YORK

**AFFIXING TO DOOR D** [ ] By affixing a true copy thereof to the door of said premises, the same being the defend [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of NEW YORK

**MAILING TO RESIDENCE (use with C or D) E1** [X] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly a to defendant at defendant's residence 1061 Hall Place, Bronx NY 10459 and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York on 8/22/18

**MAILING TO BUSINESS (use with C or D) E2** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly a to defendant at defendant's actual place of busines in an official depository under the exclusive care and custody of the United States Post Office within the State of The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on

**PREVIOUS ATTEMPTS (use with D) F** [ ] Deponent had previously attempted to serve the above named defendant/ res
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Deponent spoke with ___ who stated to deponent that the said defendar lived at the aforementioned address, but did not know defendant's place of employment.

**G** [X] DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as f
Approximate age 45 Approximate weigh 215 Approximate height 5'11 Sex Male
Color of skin Black Color of hair Bald Other **defendant accepted service tthrough ntercom

**MILITARY SERVICE** [X] Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being se to the following: [ ] Not known at addre: [ ] Address does not exi: [ ] Evading [ ] Moved left no forwardir [ ] Other

**WIT. FEES** [ ] $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the rec

Sworn to before me on th 27 day of August, 2018

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2022

Maxwell Schuster (License #2066198-DCA)
Attny's File No.
Invoice•Work Order # SP1810946

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179