**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
MICHAEL UNDERWOOD,

       Plaintiff,    18-CV-6664 (RJS) (OTW)

   -against-       **SCHEDULING ORDER**

TAFSC HOUSING DEVELOPMENT FUND
CORPORATION, et al.,

       Defendants.

------------------------------------------------------------x

  **ONA T. WANG, United States Magistrate Judge:**

  This matter has been referred to the undersigned for settlement purposes. The Court will hold a Pre-Conference Telephone Call on Friday, September 14, 2018 at 12:00 p.m. Please call Chambers at 212-805-0260 when all counsel are on the line.

  **SO ORDERED.**

                     *s/ Ona T. Wang*
Dated: August 29, 2018           **Ona T. Wang**
   New York, New York        United States Magistrate Judge