UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL UNDERWOOD,

                       Plaintiff,                              18-CV-6664 (RJS) (OTW)

          -against-                             **ORDER**

TAFSC HOUSING DEVELOPMENT FUND
CORPORATION, et al.,

                      Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

A Pre-Settlement Conference Telephone Call was held in this matter on September 14, 2018. As certain defendants have not yet been served or appeared in the action, and as the defendants who have appeared anticipate filing motions to dismiss, the parties are currently not in a position to engage in further meaningful settlement discussions. Accordingly, it is hereby **ORDERED** that the parties shall file a joint status letter, via ECF, on **October 9, 2018.** It is further **ORDERED** that the joint status letter shall inform the Court of the status of service and appearance of defendants, the status of any motions before Judge Sullivan, and any information regarding informal settlement discussions between the parties.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: September 14, 2018                                          **Ona T. Wang**
      New York, New York                             United States Magistrate Judge