UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

MICHAEL UNDERWOOD,

                 Plaintiff,

   -v-

TAFSC HOUSING DEVELOPMENT
FUND CORPORATION, *et al.*,

                 Defendants.

---

No. 18-cv-6664 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

The Court is in receipt of a letter, dated September 28, 2018, from Defendant City of New York requesting that the Court hold a pre-motion conference regarding the City's contemplated motion to dismiss.  (Doc. No. 28.)  IT IS HEREBY ORDERED that, pursuant to the Court's Individual Rule 2.A, Plaintiff shall submit a response to the City's letter, not to exceed three pages, no later than October 3, 2018.

IT IS FURTHER ORDERED that the initial conference in this case, which is currently scheduled for October 26, 2018 and which will also function as a pre-motion conference regarding Defendant New York State Homeless Housing and Assistance Corporation's contemplated motion to dismiss (*see* Doc. No. 16), shall also function as a pre-motion conference regarding the City's contemplated motion.  IT IS FURTHER ORDERED that, because all parties have consented to an adjournment of the conference, the initial and pre-motion conference is adjourned from October 26, 2018 to Friday, November 16, 2018 at 10:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is respectfully directed to terminate the motion pending at docket number 28.

SO ORDERED.

Dated:     October 1, 2018
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE