**GOLDSTEIN HALL PLLC**
Attorneys for Defendant
*New York State Homeless*
*Housing and Assistance Corporation*
80 Broad Street, Suite 303
New York, New York 10004
Tel: (646) 768-4127
Fax: (646) 219-2450
By:     Brian J. Markowitz (BM-9640)
          bmarkowitz@goldsteinhall.com
          Daniel Goldenberg (DG-1337)
          dgoldenberg@goldsteinhall.com

UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL UNDERWOOD<br><br>                              Plaintiff,<br><br>          -against-<br><br>TAFSC   HOUSING   DEVELOPMENT   FUND<br>CORPORATION, THE   THIRD   AVENUE   FAMILY<br>SERVICES CENTER, INC., LINDA WASHINGTON,<br>CITY   OF   NEW   YORK,   AND   NEW   YORK   STATE<br>HOMELESS   HOUSING   AND   ASSISTANCE<br>CORPORATION,<br><br>                              Defendants. | Case No.:     18-CV-06664 (JPO)<br><br>**NOTICE OF MOTION TO DISMISS**<br>**PLAINTIFF'S COMPLAINT** |

          **PLEASE   TAKE   NOTICE**   that   upon   the   annexed   Declaration   of   Brian   J.

Markowitz, dated November 14, 2018, and the exhibits annexed thereto, the accompanying

Memorandum of Law in Support of Defendant's New York State Homeless Housing and

Assistance Corporation ("NYSHHAC") Motion to Dismiss the Complaint as Against NYSHHAC,

dated November 14, 2018, and upon all the papers and proceedings preciously had herein,

NYSHHAC will move this Court at the United States Courthouse for the Southern District of New

York, 40 Foley Square, New York, New York 10007, before the Honorable J. Paul Oetken, United

States District Court Judge, at a time and date to be designated by the Court, for a judgment,

pursuant to Fed. R. Civ. P. 12(b)(1) and (6), dismissing the Complaint against NYSHHAC because

this Court lacks subject matter jurisdiction over Plaintiff's claims against NYSHHAC, pursuant to

the U.S. Const. Amend. XI. and the Complaint fails to state a claim upon which relief can be

granted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's order dated

October 30, 2018, Plaintiff's opposition is due on or before November 28, 2018, and NYSHHAC's

reply is due on or before on or before December 5, 2018.


Dated:   New York, New York
         November 14, 2018

**GOLDSTEIN HALL PLLC**


                                   /S/ Brian J. Markowitz
                          By:   **BRIAN J. MARKOWITZ, ESQ.**
                                **DANIEL GOLDENBERG, ESQ.**
                                Attorneys for Defendant
                                New York State Homeless Housing and
                                Assistance Corporation
                                80 Broad Street, Suite 303
                                New York, New York 10004
                                Tel. (646) 768.4105
                                Fax. (646) 219.2450



cc:    **VIA ECF**

       Abdul Hassan, Esq.                Elizabeth Robins, Esq.
       *Attorneys for Plaintiff*         *Attorneys for Defendant, The City of New York*
       215-28 Hillside Avenue            New York City Law Department
       Queens Village, New York 11427    100 Church Street
                                         New York, New York 10007