UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| MICHAEL UNDERWOOD,<br>                              Plaintiff,<br><br>                  -v-<br><br>TAFSC HOUSING DEVELOPMENT<br>FUND CORPORATION,<br>THIRD AVENUE FAMILY SERVICE<br>CENTER, INC., and<br>LINDA WASHINGTON,<br>                              Defendants. | 18-CV-6664 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    **Counsel for Plaintiff** and **Defendant Linda R. Washington** are directed to appear by telephone for a conference with the Court on December 18, 2020, at 2:30 p.m.  The parties shall call (888) 557-8511 at the scheduled time and enter access code is 9300838.  Other interested parties may join the call but shall mute their phones.

    At the conference the Court will hear from the parties regarding Plaintiff's request for post-judgment discovery, including Defendant Linda R. Washington's deposition.

    Any requests for an adjournment of this conference may be made only in a writing received not later than two business days before the conference.  The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates when all parties are available.

If Defendant Linda R. Washington wishes to submit any written document to the Court, she may do so by emailing it to OetkenNYSDChambers@NYSD.uscourts.gov OR by sending it via regular mail it to:

>Daniel Patrick Moynihan Courthouse
>500 Pearl Street
>Pro Se Intake Unit
>New York, NY 10007

Counsel for Plaintiff is directed to serve a copy of this order on Defendant Linda R. Washington on or before November 24, 2020.

SO ORDERED.

Dated: November 16, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge