UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL UNDERWOOD,

                    *Plaintiff*,

-against-

TAFSC HOUSING DEVELOPMENT FUND
CORPORATION, et al.,

                    *Defendants.*

18-cv-06664 (JPO)

**ORDER**

J. PAUL OETKEN, District Judge:

    ***Whereas***, on October 5, 2020, Plaintiff served defendant Linda Washington with a subpoena ad testificandum, which required defendant Linda Washington to sit for a deposition with Plaintiff's counsel; and

    ***Whereas***, defendant Linda Washington failed to comply with the subpoena ad testificandum; and

    ***Whereas***, on November 6, 2020, Plaintiff filed a motion to compel defendant Linda Washington's compliance with the subpoena ad testificandum; and

    ***Whereas,*** Defendant failed to respond to Plaintiff's motion to compel;

    THEREFORE, defendant Linda Washington is ordered to comply with Plaintiff's subpoena by sitting for a deposition with Plaintiff's counsel within the next thirty days.

Dated: December 21, 2020
      New York, New York

                                                                           _____
                                                                              J. PAUL OETKEN
                                                                      United States District Judge