UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL UNDERWOOD,

                Plaintiff,

      -v-

TAFSC HOUSING DEVELOPMENT
FUND CORPORATION, *et al.*,

                Defendants.

18-CV-6664 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of the post-judgment dispute in this matter and that Plaintiff anticipates filing a Satisfaction of Judgment within 90 days.  (ECF No. 90.)

Accordingly, Defendant Linda Washington's motion to vacate default judgment (ECF No. 70) is denied as moot and without prejudice to reopening, provided that any application to reopen that motion shall be made within 120 days.

The Clerk of Court is directed to close the motion at ECF No. 70.

SO ORDERED.

Dated: August 15, 2025
      New York, New York

                              J. PAUL OETKEN
                         United States District Judge